IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
SEP 10 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,
    Plaintiff,

v.

(02) ISMAEL SOSA-SAENZ,

    Defendant.

CRIMINAL NO. MO:25-CR-124(02)-DC

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, ISMAEL SOSA-SAENZ, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this the 10th day of September, 2025.

_____
ISMAEL SOSA-SAENZ
Defendant

_____
V. LATAWN WHITE
Attorney for Defendant

09/10/2025
DATE

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
PATRICK SLOANE
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, TX 79701